C. B. Smith, Appellant, v. Lewis Edwards, Appellee.

### Division B.

Appeal from Circuit Court, Levy county; William A. Hocker, Judge.

Doggett & VanDeman and Baker & Baker for appellant.

E. C. F. Sanchez for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision *Per Curiam.*